■ EDWARD E. KLEIN, Respondent-Appellant, v EDWIN EUBANK et al., Appellants-Respondents, et al., Respondents. [620 NYS2d 61] —Order, Supreme Court, New York County (Leland DeGrasse, J.), entered April 22, 1994, which granted respondents' motion to dismiss this proceeding to enforce a charging lien pursuant to Judiciary Law § 475, unanimously modified, on the law, to the extent of authorizing and directing the discontinued respondent escrowee Jones Hirsch Connors & Bull to pay the escrow fund it holds to respondents, and otherwise affirmed, without costs.

Since the consent to change attorneys confirming petitioner's withdrawal did not allow him a charging lien, he must resort to a plenary action to enforce his contractual right to a fee *(cf., People v Keeffe,* 50 NY2d 149, 156-157). The petition having been properly dismissed, the escrowed portion of the settlement funds must be released to respondents. Concur—Rosenberger, J. P., Wallach, Kupferman, Ross and Williams, JJ.